ALEX NOWLIN v. STATE.
No. A-535. Opinion Filed April 5, 1912.
Appeal from District Court, Pittsburg County;
Preslie B. Cole, Judge.

Alex Nowlin was convicted of selling intoxicating liquor to a minor, and he appeals. Reversed.

Sutton & Miller, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the district court of Pittsburg county upon an information charging him with selling liquor to a minor and was sentenced to imprisonment in the penitentiary for a term of one year. The act declaring this offense a felony and fix-

ing the punishment therefor is unconstitutional and void, and the court therefore had no jurisdiction of the cause. Nowakowski v. State, 6 Okla. Cr. 123, 116 Pac. 351.

This prosecution having been instituted by information and not by indictment, the case is not transferable to the county court, but must be dismissed. Wychoff v. State, 6 Okla. Cr. 122, 116 Pac. 355. The judgment of the district court of Pittsburg county is therefore reversed and remanded with direction to dismiss.